UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RONISS, CLINTON § Case No. 10-33653
RONISS, CINDY §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 08/03/2012 in Courtroom A,
        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                                                Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RONISS, CLINTON § Case No. 10-33653
RONISS, CINDY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,006.09 |
| and approved disbursements of | $ | 282.15 |
| leaving a balance on hand of[1] | $ | 24,723.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 3,250.61 | $ 0.00 | $ 3,250.61 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 33.12 | $ 33.12 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,250.61 |
| Remaining Balance | $ 21,473.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,527.28  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,559.70 | $ 0.00 | $ 3,964.80 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 12,367.31 | $ 0.00 | $ 7,475.03 |
| 000003 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 2,002.56 | $ 0.00 | $ 1,210.38 |
| 000004 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 10,903.59 | $ 0.00 | $ 6,590.33 |
| 000005 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 3,694.12 | $ 0.00 | $ 2,232.79 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 21,473.33 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHen_____
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-33653-ABG
Clinton Roniss                                                      Chapter 7
Cindy Roniss
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: vwalker                Page 1 of 3                Date Rcvd: Jul 09, 2012
                                Form ID: pdf006              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2012.
```
db/jdb       +Clinton Roniss,   Cindy Roniss,    1722 West Turtle Creek Lane,   Round Lake, IL 60073-2395
15916067     +Blatt, Hasenmiller, Leibsker,   & Moore,    125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
15916068    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
                Richmond, VA 23285)
15916081     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
15916065     +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,    Sioux Falls, SD 57117-6241
15916058     +Capital ONE, N.A.,    Attn: Bankruptcy Dept.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
16677223      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16830694     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15916069     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
15916070     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
15916062     +Exxmblciti,   Attn: Bankruptcy Dept.,    Po Box 6497,   Sioux Falls, SD 57117-6497
15916064    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,   Po Box 15519,
                Wilmington, DE 19850)
15916060     +Harris N A,   Attn: Bankruptcy Dept.,    Po Box 94034,   Palatine, IL 60094-4034
15916066     +Lake County Clerk,    Bankruptcy Department,   18 N. County St. Rm 101,   Waukegan, IL 60085-4304
15916073     +Sears/CBSD,   Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
15916057    #+Shanon Aguayo,   26411 W Vincent Ct,    Ingleside IL 60041-8561
15916071     +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
15916056    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court: WFDS/WDS,    Attn: Bankruptcy Dept.,   Po Box 1697,
                Winterville, NC 28590)
15916059   +++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
               MAC X7801-014,   3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                8480 Stagecoach Cir,   Frederick, MD 21701)
15916061     +Wfnnb/FASHION BUG,    Attn: Bankruptcy Dept.,   4590 E Broad St,   Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16633299      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15916075     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
17029729      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2012 02:32:55
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15916072     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2012 02:35:40     GEMB/JCP,   Attn: Bankruptcy Dept.,
               Po Box 984100,   El Paso, TX 79998-4100
15916054     +E-mail/Text: bankruptcy@hraccounts.com Jul 10 2012 01:14:39     H & R Accounts INC,
               Attn: Bankruptcy Dept.,   7017 John Deere Pkwy,   Moline, IL 61265-8072
15916063     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2012 01:14:41     Kohls/Chase,
               Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15916077     +E-mail/Text: BKRMailOps@weltman.com Jul 10 2012 01:20:58     Weltman, Weinberg & Reis Co.,
               Bankruptcy Department,   180 N. LaSalle St., Ste. 2400,   Chicago, IL 60601-2704
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15916078*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
                Richmond, VA 23285)
15916079*    +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,    Sioux Falls, SD 57117-6241
15916055*    +H & R Accounts INC,    Attn: Bankruptcy Dept.,   7017 John Deere Pkwy,   Moline, IL 61265-8072
15916076*    +Lake County Clerk,    Bankruptcy Department,   18 N. County St. Rm 101,   Waukegan, IL 60085-4304
15916080    ##+BANK OF America,    Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
15916074    ##+BANK OF America,    Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vwalker              Page 2 of 3           Date Rcvd: Jul 09, 2012
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 3 of 3                   Date Rcvd: Jul 09, 2012
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2012 at the address(es) listed below:
              Jonathan D Parker    on behalf of Debtor Clinton Roniss ndil@geracilaw.com
              Joseph E Cohen     jcohenattorney@aol.com,   jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3